IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA S. CANTRELL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> RANDY L. TEWS, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 11-0444 CRB (PR) <br><br> ORDER OF DISMISSAL |

This action for a writ of habeas corpus under 28 U.S.C. § 2241 was filed on January 31, 2011.  The court notified petitioner in writing on that date that the action was deficient because she did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner still has not filed the requisite items or sought an extension of time to do so.  The action is DISMISSED without prejudice to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.

The clerk shall close the file.

SO ORDERED.

DATED: March 22, 2011     _____
                          CHARLES R. BREYER
                          United States District Judge

G:\PRO-SE\CRB\HC.11\Cantrell, D1.dsifp.wpd